UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB HESTER-MCCOY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:24-cv-1518 JLT CDB<br><br>ORDER REMANDING THE ACTION PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)<br><br>(Doc. 12) |

　　　　On March 3, 2025, the parties filed a stipulation that this matter be remanded pursuant to sentence six of 42 U.S.C. § 405(g). (Doc. 12.) In relevant part, 42 U.S.C. § 405(g) provides:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security, and it may at any time order additional evidence to be taken before the Commissioner of Social Security, but only upon a showing that there is new evidence which is material and that there is good cause for the failure to incorporate such evidence into the record in a prior proceeding . . .

*Id.*

　　　　The parties report that during Plaintiff's administrative hearing, recording "equipment malfunctioned such that multiple portions of the hearing recording that could potentially alter the outcome are inaudible." (Doc. 12 at 1.) As a result of the technical issues, the agency was unable to obtain "a complete recording of the telephone hearing." (*Id.*) Therefore, the parties stipulate the matter should be remanded for a new hearing and decision. (*Id.* at 1-2.)

Good cause appearing, and based upon the stipulation of the parties, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative action pursuant to sentence six of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g); and
2. The Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **March 4, 2025**

UNITED STATES DISTRICT JUDGE

2