UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB DWAYNE HESTER-MCCOY, | Case No. 1:24-cv-01518-JLT-CDB (SS) |
| Plaintiff, | ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 18) |
| Defendant. | |

Pending before the Court is the stipulated request of Plaintiff Caleb Dwayne Hester-McCoy to extend the deadline to file a motion for summary judgment, from July 20, 2026, through and including August 21, 2026. (Doc. 18). In support, the parties represent that Plaintiff's counsel has three merit briefs due during the weeks of July 20 and July 27, 2026, and requires additional time to brief the issues in this action. *Id.* at 2. Defendant does not oppose the request. *Id.*

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **August 21, 2026**. The opposition and optional reply shall be filed consistent with the Court's scheduling order. (Doc. 5).

IT IS SO ORDERED.

Dated:    **June 25, 2026**

_____
UNITED STATES MAGISTRATE JUDGE