UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALEB HESTER-MCCOY,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:24-cv-01518-JLT-CDB (SS)

ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

(Doc. 21)

Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's motion for summary judgment from September 23, 2026, through and including November 2, 2026. (Doc. 21). Counsel for Defendant represents that additional time is needed to review the administrative record and prepare Defendant's cross-motion. *Id.* at 2.

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file a response to Plaintiff's motion for summary judgment by no later than **November 2, 2026**; and
2. Any optional reply by Plaintiff shall be filed in accordance with the Court's scheduling order. (Doc. 5 ¶ 5).

IT IS SO ORDERED.

Dated: **September 18, 2026**

UNITED STATES MAGISTRATE JUDGE