**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CALEB HESTER-MCCOY,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

Case No. 1:24-cv-1518 JLT CDB

ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT

(Docs. 20, 23)

Caleb Hester-McCoy and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 23.) Pursuant to the stipulation, an administrative law judge shall "offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision." (*Id.* at 1.) Further, the parties agree that the Court shall enter judgment in favor of Plaintiff and against the Commissioner. (*Id.* at 2.)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. Plaintiff's motion for summary judgment (Doc. 20) is terminated as **MOOT**.
2. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Caleb Hester-McCoy and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: _September 30, 2026_

UNITED STATES DISTRICT JUDGE